In the Matter of JOHN F. HICKS, an Attorney.— Motion for reinstatement granted. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

In the Matter of the Application of SMITHTOWN HORSE SHOW ASSOCIATION, Acting through and by LAWRENCE SMITH BUTLER, Its President, and of SMITHTOWN COUNTRY OUTING AND BEACH CLUB, INC., Known as the SMITHTOWN CLUB, Respondents, for a Mandamus Order against ASSOCIATION OF AMERICAN HORSE SHOWS, INC., Appellant.— In view of the decision in *Matter of Smithtown Horse Show Assn.* v. *Association of American Horse Shows, Inc.* (*post*, p. 847), decided herewith, the motion to dismiss the appeal is dismissed as unnecessary. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

ARTISTIC SHOE Co., INC., Respondent, v. JULES C. WINKELMAN and LOUIS WINKELMAN, Copartners, Doing Business under the Firm Name and Style of WINKELMAN and the WINKELMAN SHOES, INC., Appellants.— Order, and order as resettled, denying motion to direct plaintiff to serve an amended complaint affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty and Davis, JJ., concur; Scudder, J., not voting.

THE BANK OF AMERICA NATIONAL ASSOCIATION, Appellant, v. THE DIME SAVINGS BANK OF BROOKLYN, Respondent, and ABRAHAM I. MARKOWITZ, Respondent, Impleaded.— Order granting motion of defendant The Dime Savings Bank of Brooklyn to add a party defendant affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve a supplemental summons and an amended complaint within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ., concur.

HERMAN BASCH & Co., INC., Appellant, v. BRIMBERG BROS., INC., Respondent. BRIMBERG BROS., INC., Respondent, v. HERMAN BASCH & Co., INC., Appellant. (Consolidated Actions.) — Order denying motion to vacate or limit notice of examination before trial, in so far as appealed from, affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

EMMA BLACK, Appellant, v. THOMAS M. BLACK, Respondent.— Order modifying notice of examination before trial affirmed, without costs; examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Kapper, Carswell and Davis, JJ., concur; Scudder, J., not voting.

ALFRED H. BLUMBERG and MILTON L. BLUMBERG, Respondents, v. 4602 FOURTEENTH AVENUE CORPORATION and Others, Defendants, and LIGHTOLIER COMPANY, Appellant.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed as to Lightolier Company upon the merits, with costs. The electrical fixtures, having a determinate character as movables, remained personal property, and were not subject to the lien of the mortgage. (*Madfes* v. *Beverly Development Corp.*, 251 N. Y. 12; *Hobart Holding Co., Inc.*, v. *Fortwell Realty Corporation*, *ante*, p. 689, decided by this court on January 23, 1931; *Alf Holding Corp.* v. *American Stove Co.*, 253 N. Y. 450.) Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Tompkins, J., not voting. Settle order on notice.

JOHN BROWN, Respondent, v. HARRY KNIGHT, Appellant.— Order of the